United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MET INTERNATIONAL TRADING CO., INC., | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO.  4:25-CV-00514 |
| DARIO GERUSSI, *et al.,* | § § § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On November 25, 2025, this Court granted the Motion to Withdraw filed by counsel for MET International Co., Inc. ("MET"). The Court ordered MET to file a Status Report by December 15, 2025, "providing the Court with the name and contact information of the attorney [it] has contracted with to represent it in this case." (Doc. No. 23). The Court warned MET that "[f]ailure to comply with this Order may result in the dismissal of this case for failure to prosecute." (*Id.*). MET has failed to comply with the Court's order and has not filed anything in this case since then.

Accordingly, this case is hereby **DISMISSED** without prejudice for the failure to prosecute.  This is a **FINAL JUDGMENT.**

It is so ordered.

Signed on this the ___2ⁿᵈ___ day of April 2026.

_____
Andrew S. Hanen
United States District Judge